

David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>REBECCA G. JONES,<br><br>Debtor. | Bankruptcy Case No. 09-20848 WTT<br><br>Chapter 7  |
| --- | --- |

## DEPOSIT OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1.   That amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2.   The funds are on deposit in Bank of New York Mellon, Account # 9200-02492875-66.

3.   The claimants and amounts are as follows:

Dixie Escalante Electric          $ 1.30
71 East Highway 56
Beryl, UT 84714

4.   A check in the amount of $1.30, representing said small dividends and unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 17th day of March, 2010.

_David C. West_

David C. West, Trustee

2

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Small Dividends and Unclaimed

Funds to the parties listed below by depositing the same in the United States mail, postage prepaid,

this 17th day of March, 2010.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

_David C. West_

David C. West

2